**Fill in this information to identify the case:**

Debtor name _____**2017 Q-Factory, LLC**_____

United States Bankruptcy Court for the: ____**Northern**____ District of __**Oklahoma**____
                                           (District)                    (State)

Case number (if known):_____22-10510_____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case, include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| Highland Music Productions<br>Attn: Dean Grinsfelder<br>1515 Palisades Drive, Ste S<br>Pacific Palisades, CA 90272-0000 | | Royalties | | | | $5,000.00 |
| Paul Dinletir<br>c/o H2 Management<br>15760 Ventura Blvd., Suite 1020<br>Encino, CA 91436-0000 | | Royalties | | | | $3,250.00 |
| Briscoe, Burke & Grigsby LLP<br>4120 E 51st St<br>Tulsa, OK 74135-0000 | | Professional Services | | | | $3,250.00 |
| Gates, Winden & Associates, PC<br>1924 S Utica, Suite 710<br>Tulsa, OK 74104-0000 | | Professional Services | | | | $3,126.67 |

Debtor: Lambrix Crane Service, Inc.    Case Number (*if known*): 21-11056

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| New West Studios, Inc. Attn: Cody Westheimer 3127 Glendon Avenue Los Angeles, CA 90034-0000 | | Royalties | | | | $3,053.81 |
| Bluecross Blueshield of Oklahoma PO Box 3283 Tulsa, OK 74102-3283 | | Insurance Policy | | | | $1,530.00 |
| Enrico Cacace 205 Wellington Falls Way Canton, GA 30114-0000 | | Royalties | | | | $825.00 |
| Bob Reynolds 27361 Sierra Highway #63 Canyon Country, CA 91351-0000 | | Royalties | | | | $706.05 |
| Bob Reynolds 27361 Sierra Highway #63 Canyon Country, CA 91351-0000 | | Royalties | | | | $706.05 |
| First Horizon Bankcard Center PO Box 385 Memphis, TN 38101-0385 | | Credit Card | | | | $688.81 |
| USA Vision PO Box 2181 Lowell, AR 72745-0000 | | Insurance Policy | | | | $403.65 |
| First Horizon Bank PO Box 1000 Memphis, TN 38148-0000 | | Bank Fees | | | | $403.65 |
| First Horizon Bankcard Center PO Box 385 Memphis, TN 38101-0385 | | Credit Card | | | | $400.52 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2

Debtor: Lambrix Crane Service, Inc.    Case Number (*if known*): 21-11056

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured Claim |
| First Horizon Bankcard Center<br>PO Box 385<br>Memphis, TN 38101-0385 | | Credit Card | | | | $260.67 |
| Cogency Global, Inc<br>P.O. Box 3168<br>Hicksville, NY 11802-0000 | | Professional Services | | | | $199.00 |
| Delta Dental of Oklahoma<br>P.O. Box 960020<br>Oklahoma City, OK 73196-0000 | | Insurance Policy | | | | $125.00 |
| Michael Whittaker<br>1204 Broadmoor Circle<br>Franklin, TN 37067-0000 | | Royalties | | | | $110.98 |
| Dana Hammond<br>3668 Jasmine Ave #2<br>Los Angeles, CA 90034-0000 | | Royalties | | | | $107.39 |
| Garage Mahal Music, LLC<br>Attn: Lisle Moore<br>6642 Woods Hollow Lane<br>Highland, UT 84003-0000 | | Royalties | | | | $75.14 |
| Mark Denis<br>1 Westward Drive<br>Corte Madera, CA 94925-0000 | | Royalties | | | | $71.62 |

| | | | |
|---|---|---|---|
| Debtor | Lambrix Crane Service, Inc. | Case Number (*if known*) | 21-11056 |

Respectfully submitted,
**Brown Law Firm, P.C.**, by:

/s/ Ron D. Brown
Ron D. Brown, OBA #16352
R. Gavin Fouts, OBA #33738
715 S. Elgin Ave
Tulsa, OK 74120
(918) 585-9500
(866) 552-4874 fax
ron@ronbrownlaw.com
gavin@ronbrownlaw.com
*Attorneys for the Debtor*